UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>XAVIER BECERRA,<br><br>    Respondent. | No. 2:19-cv-0562 AC P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

Petitioner is incarcerated in Riverside County and was convicted in Los Angeles County. Both Riverside and Los Angeles Counties are in an area embraced by the United States District Court for the Central District of California. Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

////

////

////

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This matter is transferred to the United States District Court for the Central District of California, <u>see</u> 28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a); and

2. This court has not ruled on petitioner's application to proceed in forma pauperis

IT IS SO ORDERED.

DATED: April 8, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE